IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISAIAH J. GIVENS, Jr.,
    Plaintiff,
    v.
DR. MUHAMMAD G. NAJI, et al.,
    Defendants

Case No. 3:17-cv-222-KRG-KAP

### Memorandum Order

This matter has been referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on September 11, 2019, ECF no. 78, recommending that defendants Cantolina and Pearson's motion to dismiss, ECF no. 70, be granted; and that defendants Turner, Barnes, Thornley, Naji, Nagle, and Correct Care Solutions's motion to dismiss, ECF no. 68, be granted in part and denied in part.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections were filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 27th day of September, 2019, it is

ORDERED that defendants Cantolina and Pearson's motion to dismiss, ECF no. 70, is granted. Defendants Turner, Barnes, Thornley, Naji, Nagle, and Correct Care Solutions's motion to dismiss, ECF no. 68, is granted in part and denied in part as recommended in the Report and Recommendation at ECF no. 78, which is adopted as the opinion of the Court. Defendants Cantolina, Pearson, and Turner are dismissed from this action. The matter remains with the Magistrate Judge for further proceedings.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF